```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  JOCELYN BURTON (CSBN 135879)
    Assistant United States Attorney
 4
         450 Golden Gate Avenue, P.O. Box 36055
 5       San Francisco, California 94102-3495
         Telephone:   (415) 436-7198
 6       Facsimile:   (415) 436-6748
         Email:       jocelyn.burton@usdoj.gov
 7
    Attorneys for Federal Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICKIE JOHN GRATE, by and through his Guardians Ad Litem, SANDRA TUCKER and MARSHA D. LATNER,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No. C 04-5220 MEJ MED<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER CONTINUING MEDIATION DEADLINE** |

On April 20, 2005, this Court issued an order that the parties attend a mediation by November 18, 2005. Defendant propounded discovery requests on September 13, 2005 and Plaintiff has requested additional time to respond. Plaintiff has had difficulty scheduling the depositions of medical professionals who are no longer employed by the Department of Veterans Affairs. Given the limited amount of discovery, the parties do not believe that they can have productive settlement negotiations prior to the current mediation deadline. Therefore, the parties stipulate to continue the current mediation deadline until February 10, 2006.

LAW OFFICES OF SEAN M. BURKE

DATED: October 26, 2005    By:    //ss//_____
                                                     SEAN M. BURKE
                                                     Attorneys for Plaintiff

```
                                        KEVIN V. RYAN
                                        United States Attorney


DATED: October 26, 2005          By:      //ss//
                                        JOCELYN BURTON
                                        Assistant United States Attorney
                                        Attorneys for Defendant
```

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

```
         October 27, 2005
DATED:_____      _____
                                        MARIA-ELENA JAMES
                                        United States Magistrate Judge
```

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Maria-Elena James]*

STIPULATION AND PROPOSED ORDER CONTINUING MEDIATION
C04-5220 MEJ ARB                              2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND PROPOSED ORDER CONTINUING MEDIATION
C04-5220 MEJ ARB                              3