1  SEAN M. BURKE (CA SBN 97460)
   Law Offices of Sean M. Burke
2      202 Newport Center Drive, 2d Floor
       Newport Beach, CA 92660-7530
3      Tel:  949-644-3434

4  JEANNE ANNE STEFFIN (CA SBN 49437)
   Law Office of Jeanne Anne Steffin
5      626 North Garfield Ave.
       Alhambra, CA 91801-1488
6      Tel:  626-235-1173

7  Attorneys for Plaintiff

8

   KEVIN V. RYAN (CA SBN 118321)
9  United States Attorney
   Joann M. Swanson (CA SBN 88143)
10 Chief, Civil Division
   Mark St. Angelo (CA SBN 74045)
11 Assistant United States Attorney
       150 Almaden Blvd., Suite 900
12     San Jose, CA 95113-2009
       Telephone: 408-535-5087
13     Facsimile:  408-535-5081
       E-mail:  mark.st.angelo@usdoj.gov
14
   Attorneys for Defendant
15
                           **UNITED STATES DISTRICT COURT**
16
                          **NORTHERN DISTRICT OF CALIFORNIA**
17
                                   **SAN JOSE DIVISION**
18

19 RICKIE JOHN GRATE, etc.,           )   **No. C-04-5220 MEJ**
                                      )
20        Plaintiff,                  )   **STIPULATION TO CONTINUE**
                                      )   **MEDIATION DEADLINE AND TO**
21     v.                             )   **SCHEDULE CASE MANAGEMENT**
                                      )   **CONFERENCE, AND [PROPOSED] ORDER**
22 UNITED STATES OF AMERICA, et al.,  )
                                      )
23        Defendants.                 )
   _____    )

24        IT IS HEREBY STIPULATED AND AGREED by and between the parties that the mediation

25 deadline in this case, currently set for February 10, 2006, may and should be continued until March 31,

26 2006.  In addition, the parties jointly request that this Court schedule a case management conference to be

27 held at 10:00 a.m. on April 20, 2006.

28        The continuation of the mediation deadline is required because the undersigned Assistant United

1  States Attorney ("AUSA") to whom this case was reassigned in December is required to leave the U.S.
2  Attorney's Office no later than January 31, 2006, pursuant to the terms of an unexpected "early retirement"
3  offer made on January 13, 2006.  Because of the short time frame involved, it was not possible for another
4  AUSA to become sufficiently familiar with the case to conduct a meaningful mediation by the current
5  deadline set by the Court.

Respectfully submitted,

| LAW OFFICE OF SEAN M. BURKE | KEVIN V. RYAN |
| LAW OFFICE OF JEANNE ANNE STEFFIN | United States Attorney |

/s/ Sean M. Burke                    /s/ Mark St. Angelo
Sean M. Burke                         Mark St. Angelo
                                      Assistant United States Attorney

Dated:   Jan. 29, 2006                Dated:   1/29/06

*************************************************************************

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:   January 30, 2006

IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA