| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321) |
| | United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143) |
| | Chief, Civil Division |
| 3 | JONATHAN U. LEE (CSBN 148792) |
| | Assistant United States Attorney |
| 4 | |

450 Golden Gate Avenue, P.O. Box 36055
San Francisco, California 94102-3495
Telephone:   (415) 436-6909
Facsimile:    (415) 436-6748
Email:           jonathan.lee@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICKIE JOHN GRATE, by and through his Guardians Ad Litem, SANDRA TUCKER and MARSHA D. LATNER, | Case No. C 04-5220 MEJ |
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNITED STATES OF AMERICA, and DOES 1 through 100, inclusive, | |
| Defendants. | |

On January 30, 2006, this Court issued an order that the parties attend mediation before March 31, 2006 and a Case Management Conference on April 20, 2006 at 8:30 a.m. ("Conference").

On February 6, 2006, Assistant U.S. Attorney Jonathan U. Lee filed a notice of substitution of counsel.

AUSA Lee and Plaintiffs' attorney Sean Burke made arrangements to schedule depositions desired by Mr. Burke as soon as their mutual calendaring commitments would permit.

On March 23, 2006, plaintiffs' counsel took the first two depositions in this case at San Francisco/Ft. Miley, of former VA doctor Amy Frey and current VA doctor Martin London.

On March 27, 2006, the parties attended mediation with Eileen Barker, Esq., which mediation was not successful.

The parties request a short postponement of the Conference to April 27, 2006 at 8:30 a.m. or the first available date thereafter convenient to the Court.  The reason for the stipulated request for postponement is that the postponement will facilitate discovery and avoid schedule conflicts for new defense counsel Lee.  The postponement will facilitate discovery because the parties are attempting to schedule additional depositions in the San Francisco area of either defendant's employees or the plaintiffs in conjunction with Mr. Burke's trip from Newport Beach to attend the Conference.  The parties are presently working out scheduling arrangements for several depositions on April 26-28, 2006 in San Francisco and Redding that would coincide with the brief postponement of the Conference.  The postponement will avoid a conflict with AUSA Lee's previously planned vacation during his children's school year's Spring Break.

For these reasons, SO STIPULATED.

LAW OFFICES OF SEAN M. BURKE

DATED: March 30, 2006        By:        //ss//
                                  SEAN M. BURKE
                                  Attorneys for Plaintiff

                                  KEVIN V. RYAN
                                  United States Attorney

DATED: March 30, 2006        By:        //ss//
                                  JONATHAN U. LEE
                                  Assistant United States Attorney
                                  Attorneys for Defendant

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management Conference will take place on April 27, 2006 or _____, 2006 at ~~8:30 a.m.~~  10 a.m.

DATED: March 31, 2006

MARIA-ELENA JAMES
United States Magistrate Judge

IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND PROPOSED ORDER
C04-5220 MEJ                                    2