KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JONATHAN U. LEE (CSBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, P.O. Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6909
    Facsimile:  (415) 436-6748
    Email:  jonathan.lee@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICKIE JOHN GRATE, by and through his Guardians Ad Litem, SANDRA TUCKER and MARSHA D. LATNER, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. C 04-5220 MEJ <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER FOR STANDSTILL PERIOD OF THIRTY DAYS ON CERTAIN PENDING CASE MANAGEMENT DEADLINES** |

1  Following recent discussions between counsel of record, in order to foster settlement prospects between the parties at the upcoming settlement conference before Magistrate Judge Brazil on October 17, 2006, the parties have agreed to the following stipulation for a standstill period of thirty days on certain pending pretrial case management deadlines:

1. The deadline for designation of rebuttal experts is extended to November 6, 2006.
2. The close of fact discovery is extended to November 20, 2006.
3. The trial date and remaining pre-trial deadlines are not changed.

SO STIPULATED.

LAW OFFICES OF SEAN M. BURKE

DATED: October 2, 2006    By: _____//ss//_____
SEAN M. BURKE
Attorneys for Plaintiff

KEVIN V. RYAN
United States Attorney

DATED: October 2, 2006    By: _____//ss//_____
JONATHAN U. LEE
Assistant United States Attorney
Attorneys for Defendant

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 3, 2006
_____
MARIA-ELENA JAMES
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Maria-Elena James*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION AND PROPOSED ORDER
C04-5220 MEJ                                2