KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JONATHAN U. LEE (CSBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, P.O. Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6909
    Facsimile:   (415) 436-6748
    Email:       jonathan.lee@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICKIE JOHN GRATE, by and through his Guardians Ad Litem, SANDRA TUCKER and MARSHA D. LATNER,<br><br>                     Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 100, inclusive,<br><br>                     Defendants. | Case No. C 04-5220 MEJ<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR ADDITIONAL STANDSTILL PERIOD OF FORTY FIVE DAYS ON CERTAIN PENDING CASE MANAGEMENT DEADLINES** |

       The parties and their counsel of record appeared at the settlement conference before Magistrate Judge Wayne D. Brazil on October 17, 2006 and reached terms of settlement. Because the settlement involves the purchase of an annuity and related matters, the parties believe they will need approximately 30 days to prepare and file the appropriate stipulation of settlement and proposed order to the Court ("the settlement stipulation"). In order to facilitate the settlement process, the parties are requesting an additional standstill period of 45 days for certain pretrial deadlines, as follows:

    1.    The deadline for designation of rebuttal experts is extended to December 11, 2006.

    2.    The close of fact discovery is extended to December 22, 2006.

3. The trial date and remaining pre-trial deadlines are not changed.

4. The parties also request that upon the filing of the settlement stipulation, in approximately thirty days, the Court vacate the trial date and all pretrial dates.

SO STIPULATED.

LAW OFFICES OF SEAN M. BURKE

DATED: October 18, 2006     By:     //ss//
                                    SEAN M. BURKE
                                    Attorneys for Plaintiff

                                    KEVIN V. RYAN
                                    United States Attorney

DATED: October 18, 2006     By:     //ss//
                                    JONATHAN U. LEE
                                    Assistant United States Attorney
                                    Attorneys for Defendant

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 19, 2006
                                    _____
                                    MARIA-ELENA JAMES
                                    United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Maria-Elena James]*

STIPULATION AND PROPOSED ORDER
C04-5220 MEJ                        2