KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JONATHAN U. LEE (CSBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, P.O. Box 36055
San Francisco, California 94102-3495
Telephone:    (415) 436-6909
Facsimile:    (415) 436-6748
Email:    jonathan.lee@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICKIE JOHN GRATE, by and through his Guardian Ad Litem, SANDRA TUCKER,<br><br>          Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 100, inclusive,<br><br>          Defendants. | No. C-04-5220 MEJ (WDB)<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL WITH PREJUDICE** |

STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE          page 1
C 04-5220 MEJ (WDB)

1    The parties to this agreement are the United States of America, defendant, on the one

2 hand, and Rickie J. Grate, by and through his Guardian Ad Litem Sandra Tucker, on the other

3 hand.  At the inception of this litigation, Marsha D. Latner was Mr. Grate's co-guardian ad litem

4 with Ms. Tucker, but during the litigation Ms. Latner died.

5    THE PARTIES HEREBY STIPULATE, BY AND THROUGH THEIR RESPECTIVE

6 ATTORNEYS, AS FOLLOWS:

7    Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), and consistent with the

8 terms of the Stipulation and Proposed Order for Compromise Settlement and Release filed

9 December 1, 2006 (see Docket #42), the parties hereby stipulate to the dismissal with prejudice

10 of this litigation.  Each party will bear its own costs.

11    IT IS SO STIPULATED.

12

13 Dated: December 19, 2006        /ss Sean M. Burke, Esq. ss/
                                 SEAN M. BURKE, ESQ.
14                               JEANNE A. STEFFIN, ESQ.
                                 Attorneys for Plaintiffs
15

16                               KEVIN V. RYAN
                                 United States Attorney
17
18 Dated: December 20, 2006        /ss Jonathan U. Lee ss/
                                 JONATHAN U. LEE
19                               Assistant United States Attorney
                                 Attorneys for Defendant

20   The Clerk of Court shall close the file.

21 **IT IS SO ORDERED.**

22

23 Date: ~~December __, 2006~~

      January 5, 2007                  MAGISTRATE JUDGE MARIA-ELENA JAMES



24

25

26

27

28

STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE                page 2
C 04-5220 MEJ (WDB)